

**MANDATE**

# The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE COUNTY COURT AT LAW NO. 2 OF KAUFMAN COUNTY, GREETINGS:

On April 10, 2025, the Court of Appeals for the Fifteenth District of Texas reversed your orders in the following case:

Texas Parks and Wildlife Department and John Silovsky, Wildlife Division Director v. RW Trophy Ranch, Ltd. and Robert Williams

Court of Appeals No. 15-24-00112-CV
Trial Court No. 110299-CC2

The Court of Appeals entered the following judgment or order:

This Court has considered the record on appeal in this case and holds that there was error in the trial court's orders denying Appellants' plea to the jurisdiction and granting a temporary injunction. We order the trial court's orders **REVERSED** and we **RENDER** judgment dismissing the case with prejudice.

We further order Appellees to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this June 20, 2025.

CHRISTOPHER A. PRINE, CLERK